## STUART v. PIERCE.

Writ of error lies against the judgment of the justices on a complaint for a forcible entry, etc.

A WRIT OF ERROR, to reverse the proceedings and judgment of two justices, on a complaint upon the Statute for a Forcible Entry and Detainer. Plea in abatement, that no writ of error lies in such case.

Judgment — That the plea is insufficient.